# EXHIBIT B

| (12) | United States Design Patent | (10) Patent No.: | US D451,072 S |
|---|---|---|---|
| | Kerdjoudj et al. | (45) Date of Patent: ** | Nov. 27, 2001 |

(54) **COMPACT GEAR MOTOR BOX**

(75) Inventors: **Mohamed Kerdjoudj**, Chicago; **A. N. Tsergas**, Wood Dale, both of IL (US)

(73) Assignee: **Molon Motor & Coil Corporation**, Rolling Meadows, IL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/113,047**

(22) Filed: **Oct. 29, 1999**

(51) LOC (7) Cl. .......................................... **13-01**
(52) U.S. Cl. ........................................... **D13/122**
(58) Field of Search .................. D13/118, 122; D15/5, 148; 310/83, 91, 93

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D. 327,051 | | 6/1992 | Schwartz . | |
| 2,685,043 | * | 7/1954 | Durant | 310/177 |
| 4,616,164 | * | 10/1986 | Kenny et al. | 318/666 |
| 5,172,605 | * | 12/1992 | Schwartz | D13/122 X |
| 5,256,921 | * | 10/1993 | Pruis et al. | 310/83 X |
| 5,446,326 | * | 8/1995 | Scheider | 310/83 |
| 5,737,968 | * | 4/1998 | Hardey et al. | 74/421 A |
| 6,028,384 | * | 2/2000 | Billman et al. | 310/83 |
| 6,054,785 | * | 4/2000 | Kerdjoudj et al. | 310/40 MM |

* cited by examiner

*Primary Examiner*—Joel Sincavage
(74) *Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt, P.C.

(57) **CLAIM**

The ornamental design for a compact gear motor box, as shown and described.

**DESCRIPTION**

This application is related to U.S. Utility patent application Ser. No. 09/315,852 filed on May 21, 1990.
FIG. 1 is a front and lower left perspective view of a compact gear motor box showing our new design.
FIG. 2 is a top plan view thereof.
FIG. 3 is a left side elevational view thereof.
FIG. 4 is a right side elevational view thereof.
FIG. 5 is a rear elevational view thereof.
FIG. 6 is a front elevational view thereof; and,
FIG. 7 is a bottom plan view thereof.
The broken lines throughout the drawing figures are included for the purpose of illustrating environmental structure only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



Case: 1:16-cv-03545 Document #: 1-2 Filed: 03/23/16 Page 3 of 7 PageID #:28

**U.S. Patent**  Nov. 27, 2001  Sheet 1 of 5  **US D451,072 S**



*FIG. 1*



FIG. 2



FIG. 3

FIG. 4



*FIG. 5*



*FIG. 6*



FIG. 7